UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILD FISH CONSERVANCY,<br>*Plaintiff-Appellee,*<br><br>v.<br><br>JENNIFER QUAN, et al.<br>*Defendants-Appellees,* | ) <br> ) <br> ) <br> )     Nos. 23-35322, 23-35323,<br> )             23-35324, 23-35354<br> ) <br> ) <br> ) <br> ) |

**UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE FIRST CROSS-APPEAL BRIEF OF THE FEDERAL DEFENDANTS, THE STATE OF ALASKA, AND THE ALASKA TROLLERS ASSOCIATION**

Pursuant to Fed. R. App. P. 26(b), the Federal Defendants-Appellants, the State of Alaska, and the Alaska Trollers Association, by their respective attorneys, respectfully request a 14-day extension of time in which to file the first cross-appeal briefs, to and including September 29, 2023. The briefs are currently due on September 15, 2023. Counsel for Plaintiff-Appellee has indicated that Plaintiff-Appellee does not oppose this motion. The Federal Defendants-Appellants, the State of Alaska, and the Alaska Trollers Association are requesting this extension for several reasons, which demonstrate good cause, diligence, and substantial need.

First, an extension of the current due date is required because counsel for the government is the lead attorney responsible for numerous other pending matters that have required and will continue to require significant amounts of time prior to the due

date. Among other things, she presented oral argument in *Berry v. United States*, Fed. Cir. No. 22-2031, on July 14, 2023. She also presented oral argument in *O'Reilly v. United States*, Fifth Cir. No. 22-2031, on August 10, 2023. She is also responsible for drafting the government's response brief in *Seafreeze Shoreside v. U.S. Dept of the Interior, et al*, First Cir. No. 23-1473, which is due on August 30, 2023. She is also assisting in assessing whether the government should pursue its appeal in *Friends of the Clearwater v. Probert*, Ninth Cir. Nos. 23-35158, 23-35159, 23-35175, with internal memoranda to be prepared in August. All of the foregoing has prevented her and will continue to prevent her from working on the government's answering brief in this case.

Second, significant time is also required for review and approval of the government's filings in this appeal by the government agencies, the trial section, and the Office of the Assistant Attorney General for the Environment and Natural Resources Division. Principal drafting of the brief must occur several weeks in advance of the filing deadline in order to accommodate the review process. Undersigned counsel for the Federal Defendants-Appellants accordingly will be unable to meet the current deadline for filing the government's answering brief, despite working diligently to meet that deadline. The government previously obtained one 30-day extension for the brief.

Third, a 14-day extension for all of the first cross appeal briefs will enable all the briefs to be filed on the same day, keeping the briefing schedule the same for all of the appeals.

Undersigned counsel for the Federal Defendants-Appellants contacted counsel for the Plaintiff-Appellee, who has indicated that the Plaintiff-Appellee does not oppose this extension request.

For the reasons set forth herein, the Federal Defendants-Appellants, the State of Alaska, and the Alaska Trollers Association hereby request that the Court grant this unopposed motion, making the answering brief due on September 29, 2023.

Respectfully submitted,

*s/ Thekla Hansen-Young*
THEKLA HANSEN-YOUNG
U.S. Department of Justice
Environment & Natural Res. Div.
P.O. Box 7415
Washington, DC 20044
(202) 307-2710
thekla.hansen-young@usdoj.gov

*s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020
Greg A. Hibbard, WSBA #60526
Northwest Resource Law PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564
dsteding@nwresourcelaw.com
ghibbard@nwresourcelaw.com

TREG TAYLOR
ATTORNEY GENERAL
*s/ Laura Wolff*
Laura Wolff (1411108)
Assistant Attorney General,
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
(907) 269-5275

August 21, 2023

3

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d) of the Federal Rules of Appellate Procedure, as the motion contains 454 words according to the count of Microsoft Word and has been prepared in a proportionally-spaced typeface using Garamond 14 pt.

*s/Thekla Hansen-Young*
THEKLA HANSEN-YOUNG