UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILD FISH CONSERVANCY, a Washington non-profit corporation, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JENNIFER QUAN, in her official capacity as Regional Administrator of the National Marine Fisheries Service; et al., <br><br> Defendants, <br><br> ALASKA TROLLERS ASSOCIATION, <br><br> Intervenor-Defendant, <br><br> and <br><br> STATE OF ALASKA, <br><br> Intervenor-Defendant-Appellant. | No. 23-35322 <br><br> D.C. No. 2:20-cv-00417-RAJ <br> Western District of Washington, Seattle <br><br> ORDER |
| WILD FISH CONSERVANCY, a Washington non-profit corporation, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JENNIFER QUAN, in her official capacity as Regional Administrator of the National Marine Fisheries Service; et al., | No. 23-35323 <br><br> D.C. No. 2:20-cv-00417-RAJ |

Defendants,

STATE OF ALASKA,

Intervenor-Defendant,

and

ALASKA TROLLERS ASSOCIATION,

Intervenor-Defendant-Appellant.

---

WILD FISH CONSERVANCY, a Washington non-profit corporation,

Plaintiff-Appellant,

v.

JENNIFER QUAN, in her official capacity as Regional Administrator of the National Marine Fisheries Service; et al.,

Defendants-Appellees,

and

ALASKA TROLLERS ASSOCIATION; STATE OF ALASKA,

Intervenor-Defendants-Appellees.

No. 23-35324

D.C. No. 2:20-cv-00417-RAJ

---

WILD FISH CONSERVANCY, a Washington non-profit corporation,

No. 23-35354

|  | D.C. No. 2:20-cv-00417-RAJ |
|---|---|

Plaintiff-Appellee,

v.

JENNIFER QUAN, in her official capacity as Regional Administrator of the National Marine Fisheries Service; et al.,

Defendants-Appellants,

and

ALASKA TROLLERS ASSOCIATION; STATE OF ALASKA,

Intervenor-Defendants.

The motion to consolidate these appeals (Docket Entry No. 54) is granted. Appeal Nos. 23-35322, 23-35323, and 23-35354, which are cross-appeals to No. 23-35324, are consolidated.

The unopposed motion to extend time to file the first cross-appeal briefs (Docket Entry No. 55) is granted. The first cross-appeal brief(s) are due September 29, 2023. The second cross-appeal brief is due October 30, 2023. The third cross-appeal brief(s) are due November 30, 2023. The optional cross-appeal reply brief is due within 21 days of service of the last-served third cross-appeal brief.

The parties are reminded of the court's preference for joint briefing. *See, e.g.*, Circuit Advisory Committee Note to Ninth Circuit Rule 32-2 (Ninth Circuit

Rules "encourage[] separately represented parties to file a joint brief to avoid burdening the Court with repetitive presentations of common facts and issues").

 

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT