Nos. 23-35322, 23-35323, 23-35324, 23-35354

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

WILD FISH CONSERVANCY,

Plaintiff-Appellee/Cross-Appellant,

vs.

JENNIFER QUAN, in her official capacity as the Regional Administrator for the National Marine Fisheries Service, et al.,

Defendants-Appellants/Cross-Appellees,

and

STATE OF ALASKA and ALASKA TROLLERS ASSOCIATION,

Intervenor-Defendants-Appellants/Cross-Appellees.

_____

On Appeal from the United States District Court for the
Western District of Washington,
Case No. 2:20-cv-00417-RAJ-MLP

_____

# ALASKA TROLLERS ASSOCIATION'S RESPONSE TO WILD FISH CONSERVANCY'S MOTION FOR JUDICIAL NOTICE
_____

Douglas J. Steding, WSBA #37020
Greg A. Hibbard, WSBA #60526
Northwest Resource Law PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564
dsteding@nwresourcelaw.com
ghibbard@nwresourcelaw.com

*Attorneys for Intervenor-Defendant-Appellant/Cross-Appellee Alaska Trollers Association*

Intervenor-Defendant-Appellant/Cross-Appellee the Alaska Trollers Association (the "ATA") submits this procedural response to Plaintiff-Appellee/Cross-Appellant Wild Fish Conservancy's Motion for Judicial Notice (ECF No. 90, the "Motion") for three purposes. First, the ATA clarifies that it opposes the Motion. *See* ECF No. 90 at 7 (providing that the ATA had not indicated a position on the Motion). Second, pursuant to Circuit Advisory Committee Note 7 to Ninth Circuit Rule 27-1, the ATA understands that the Motion will be retained and reviewed by the merits panel. To the extent that it is required, the ATA formally requests that the Motion be referred to, and considered by, the merits panel concurrently with the merits briefing of this cross-appeal. Third, the ATA reserves the right to substantively respond to the Motion in its next cross-appeal brief.

The ATA has conferred with Intervenor-Defendant-Appellant/Cross-Appellee the State of Alaska, and the State has indicated it likewise opposes the Motion, and consents to the Motion being referred to the merits panel. Additionally, the State indicated it intends to substantively respond to the Motion in the State's next cross-appeal brief. Similarly, the ATA has conferred with Defendants-Appellants/Cross-Appellees National Marine Fisheries Service, et al., and the Federal Government Defendants have reaffirmed their opposition to the

1

Motion, and also noted that they intend to substantively respond to the Motion in their next cross-appeal brief rather than filing an individual response to the Motion.

RESPECTFULLY SUBMITTED this 7th day of December, 2023.

*s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020
Greg A. Hibbard, WSBA #60526
Northwest Resource Law PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564
dsteding@nwresourcelaw.com
ghibbard@nwresourcelaw.com

*Attorneys for Intervenor-Defendant-Appellant/Cross-Appellee Alaska Trollers Association*

# CERTIFICATE OF COMPLIANCE

I certify that pursuant to Circuit Rule 27-1(d) and FRAP 32(g)(1) this Response is proportionally spaced, has a typeface of fourteen points, and does not exceed twenty pages in length.

DATED this 7th day of December, 2023.

*s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020

*Attorney for Intervenor-Defendant-Appellant/Cross-Appellee Alaska Trollers Association*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate CM/ECF. I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

DATED this 7th day of December, 2023.

*s/ Eliza Hinkes*
Eliza Hinkes
Paralegal