UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILD FISH CONSERVANCY, a Washington non-profit corporation, | No. 23-35322 |
| Plaintiff - Appellee, | D.C. No. 2:20-cv-00417-RAJ U.S. District Court for Western Washington, Seattle |
| v. | |
| JENNIFER QUAN, in her official capacity as Regional Administrator of the National Marine Fisheries Service; et al., | **MANDATE** |
| Defendants, | |
| ALASKA TROLLERS ASSOCIATION, | |
| Intervenor-Defendant, | |
| and | |
| STATE OF ALASKA, | |
| Intervenor-Defendant - Appellant. | |

| | |
|---|---|
| WILD FISH CONSERVANCY, a Washington non-profit corporation, | No. 23-35323 |
| Plaintiff - Appellee, | D.C. No. 2:20-cv-00417-RAJ U.S. District Court for Western Washington, Seattle |

v.

JENNIFER QUAN, in her official capacity as Regional Administrator of the National Marine Fisheries Service; et al.,

        Defendants,

STATE OF ALASKA,

        Intervenor-Defendant,

and

ALASKA TROLLERS ASSOCIATION,

        Intervenor-Defendant - Appellant.

---

WILD FISH CONSERVANCY, a Washington non-profit corporation,

        Plaintiff - Appellant,

v.

JENNIFER QUAN, in her official capacity as Regional Administrator of the National Marine Fisheries Service; et al.,

        Defendants - Appellees,

and

ALASKA TROLLERS

No. 23-35324

D.C. No. 2:20-cv-00417-RAJ
U.S. District Court for Western Washington, Seattle

ASSOCIATION; STATE OF ALASKA,

       Intervenor-Defendants - Appellees.

---

WILD FISH CONSERVANCY, a Washington non-profit corporation,

       Plaintiff - Appellee,

 v.

JENNIFER QUAN, in her official capacity as Regional Administrator of the National Marine Fisheries Service; et al.,

       Defendants - Appellants,

 and

ALASKA TROLLERS ASSOCIATION and STATE OF ALASKA,

       Intervenor-Defendants.

No. 23-35354

D.C. No. 2:20-cv-00417-RAJ

U.S. District Court for Western Washington, Seattle

The judgment of this Court, entered August 16, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT